**In re the Marriage of Michael David LANDA, Petitioner/Respondent,**

v.

**Barbara Sue LANDA, Respondent/Appellant.**

**No. 57733.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 28, 1990.

Rehearing Denied Sept. 27, 1990.

Joel W. Case, Ballwin, for respondent/appellant.

Susan M. Hais, St. Louis, for petitioner/respondent.

ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).